# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MACK L. KERN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10CV00079 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By:  James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed November 14, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

  1.   The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

  2.   The motions for summary judgment by the parties are DENIED;

  3.   The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

  4.   This case is closed.


-2-

                                      ENTER:  December 5, 2011

                                      /s/  James P. Jones
                                      United States District Judge