# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MACK L. KERN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10CV00079 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **COMMISSIONER OF** | ) | By: James P. Jones |
| **SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed November 14, 2011, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. This case is closed.

ENTER: December 5, 2011

/s/  James P. Jones
United States District Judge